FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
Israel Torres
          Defendant.

Case No.: ED14 CR 102-VAP

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- SUBSTANCE ABUSE ALLEGATIONS
- ALLEGATION OF ABSCONDING
- ACTIVE WARRANTS
- SUBMISSION

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/16/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2